UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| MILLIONWAY INTERNATIONAL, INC., <br><br> Plaintiff-Appellant, <br><br> vs. <br><br> BLACK RAPID, INC. <br><br> Defendant-Appellee. | **No. 14-1204** <br><br> **MILLIONWAY INTERNATIONAL, INC.'S MOTION TO ACCEPT INITIAL BRIEF INSTANTER** |

Millionway International, Inc. ("Millionway"), by and through its attorney, David Fink, respectfully requests this Court to accept the Initial Brief a day late in the above identified case for the following reasons:

1. On March 3, 2014, the undersigned attorney tried to file the Initial Brief prior to midnight in order to be timely filed; however, due to technical difficulties, the actual filing could not be completed until after midnight, about one hour late.

2. At that time, the undersigned attorney was using a pc laptop and was sending the Initial Brief from a hotel in Great Neck, NY. At that time, it was unclear if the problem was due to the hotel internet, or the pc laptop.

3. The delay was no fault of Millionway, and it is hoped that Millionway will not be penalized.

4. In view of the foregoing, it is respectfully requested that the late filed Initial Brief will be accepted.

Date: March 4, 2014

/s/ David Fink
David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Tel. 713 729-4991
Fax: 713 729-4951
Email: texascowboy6@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2014, I electronically filed the foregoing document with the Court using the CM/ECF system, and I caused a copy of the foregoing document to be served on counsel for the Defendant-Appellee using the CM/ECF system.

Date: March 4, 2014

／s/ David Fink
David Fink