# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

**TELEPHONE: 202-275-8000**

March 07, 2014

To: David Fink

Re: Appeal No. 14-1204, Millionway International, Inc v. Black Rapid, Inc

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- Counsel for the appellant has not entered an appearance. Fed. Cir. R. 47.3(c)(1)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

<u>/s/ Daniel O'Toole</u>
Daniel O'Toole
Clerk of Court

cc: Benjamin J. Byer
Amanda Z Patrick
Warren J. Rheaume