# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

TELEPHONE: 202-275-8000

April 09, 2014

To: David Fink

Re: Appeal No. 14-1204, Millionway International, Inc v. Black Rapid, Inc

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- The relief "Other" was selected in CM/ECF. The correct relief category is "Correct or Supplement" and relief is "file corrected brief". Please refile your motion using the correct relief.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole  
Daniel O'Toole  
Clerk of Court

cc: Benjamin J. Byer  
Amanda Z Patrick  
Warren J. Rheaume