# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE  
CLERK OF COURT

TELEPHONE: 202-275-8000

May 02, 2014

To: David Fink

Re: Appeal No. 14-1204, Millionway International, Inc v. Black Rapid, Inc

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- The incorrect relief "correct/supplement other" was selected in CM/ECF. The correct relief is "file correct brief". The second relief 'to extend the time to file the principal brief' is correct. Please re-file the entire motion using the correct reliefs.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole  
Daniel O'Toole  
Clerk of Court

cc: Benjamin J. Byer  
Amanda Z Patrick  
Warren J. Rheaume