NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MILLIONWAY INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**BLACK RAPID, INC.,**
*Defendant-Appellee.*

2014-1204

Appeal from the United States District Court for the Southern District of Texas in No. 4:13-cv-01780, Judge Gray H. Miller.

**ON MOTION**

**O R D E R**

Upon consideration of appellant's unopposed motion to file a corrected brief and for an extension of time to file the corrected brief,

IT IS ORDERED THAT:

(1) The motions are granted. The brief is accepted for filing.

(2)    Appellee's brief is due within 40 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26